UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 00-229 MJD/JGL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| PHILLIP JACKSON, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court following issuance of a bench warrant for defendant's failure to appear at a court ordered debtor's examination. Defendant has now complied with the requirements of the debtor's examination, and, accordingly,

IT IS HEREBY ORDERED that the bench warrant be discharged.

Ordered this 30th day of November, 2004.

s/ J. Earl Cudd
UNITED STATES MAGISTRATE JUDGE